UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERRI HINE-MCKENNA,<br><br>                      Plaintiff,<br><br>            v.<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                      Defendant. | No.  22-CV-1649 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      Due to a scheduling conflict, the initial status conference on May 26, 2022 is hereby rescheduled to 3:00 p.m.  The dial-in information for the telephonic conference remains the same: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.  If the parties are unavailable at the new time, they are directed to file a letter proposing alternative dates and times for the conference.

SO ORDERED.

Dated:   May 23, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge